# KU & MUSSMAN, P.A.

ATTORNEYS AT LAW

12550 Biscayne Boulevard
Suite 406
Miami, Florida 33181
Tel: (305) 891-1322
Fax: (305) 891-4512

July 20, 2012

Honorable Judge James K. Bredar
101 West Lombard Street
Baltimore, Maryland 21201

RE:   *Deann Walter v. Boulevard Shops Corporation*
      Civil Action No.: 1:12-cv-01278

Honorable Judge James K. Bredar,

     The undersigned represents Plaintiff, Deann Walter, in the above referenced action. This letter is to inform the Court that the parties have reached a full resolution of this matter and are currently waiting on their respective clients to execute the agreement. The parties anticipate filing a joint stipulation of dismissal with thirty (30) days. Accordingly, Plaintiff with Defendant's consent respectfully request the Court to adjourn all pending deadlines.

                                                   Best regards,

                                                   Brien M. Penn, Esq.

cc:   Matthew M. Moore, Esq.